UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL VALENTINE,<br><br>Plaintiff. | Case No. 21-cv-03176-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On May 17, 2021, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is "not here" at Mt. Olive Correctional Complex in Mt. Olive, West Virginia. ECF No. 5 at 1.  Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 20, 2021

_____
CHARLES R. BREYER
United States District Judge